PSID
(09/20)

**Name of Defendant:** Bianca Del Vecchio  
**Docket No.:** 22MJ8032-1

February 4, 2022  
Page 1

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

**Petition for Warrant for Defendant on Pretrial Release**   8:22-mj-00118-DUTY

**Name of Defendant:** Bianca Del Vecchio                       **Dkt No.:** 22MJ8022-1

**Reg. No.:** 83149-509

**Name of Judicial Officer:** The Honorable Ruth Bermudez Montenegro, U.S. Magistrate Judge

**Date Conditions Ordered:** January 25, 2022, by the Honorable Ruth Bermudez Montenegro, U.S. Magistrate Judge

**Charged Offense:** 21: 952, 960 - Importation of a Controlled Substance

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release; cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription; not use or possess marijuana under any circumstances; report to the U.S. Pretrial Services Office on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of: (1) current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; restrict travel to: Southern and Central District of California and not enter Mexico; actively seek or continue full-time employment, schooling, or a combination of both, reside at a residence approved by Pretrial Services; clear all warrants/FTAs and pay all fines within 90 days of release or as directed by Pretrial Services; submit to drug testing and/or outpatient substance abuse therapy and counseling as directed by Pretrial Services; and participate in and complete a program of inpatient substance abuse therapy and counseling as directed by Pretrial Services once a bed because available.

**Modification:** None

**Date Released on Bond:** January 25, 2022; submit bond by February 9, 2022

**Next Court Hearing:** February 15, 2022, at 9:00 a.m. for Preliminary Hearing/Arraignment

**Asst. U.S. Atty.:** Francisco Amaya Nagel    **Defense Counsel:** Antonio F. Yoon / Matthew A. Johnson
               619-546-6745                                        619-544-0021        928-750-2572

**Prior Violation History:** None

PSD
(09/20)

**Name of Defendant:** Bianca Del Vecchio  
**Docket No.:** 22MJ8032-1

February 4, 2022  
Page 2

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes the defendant violated the following condition of pretrial release:

| **CONDITION** | **ALLEGATION OF NONCOMPLIANCE** |
|---|---|
| Throughout the case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office. | 1. The defendant failed to report to Pretrial Services as directed. |

***Grounds for revocation:*** On January 25, 2022, the Court set conditions of release which include to report as directed by the Pretrial Services Office and follow all directions. On January 25, 2022, Pretrial Services reviewed the conditions of release with the defendant which she acknowledged. She was also instructed to contact Pretrial Services daily prior to entering a residential drug treatment program which she verbally acknowledged she would.

On January 26, 2022, the defendant left a message after hours to the undersigned stating she had lost her voice due to the stress and was not able to call earlier. She also sent a text message to Pretrial Services stating she had a court appearance on January 27, 2022, for a state matter in which she was the victim of a robbery. The defendant was directed to contact the undersigned after her court appearance.

On January 27, 2022, the defendant called and spoke with the undersigned after hours again. She was directed to call Salvation Army in San Diego as they had bed space available for their residential drug treatment program. She was further instructed to contact the undersigned on January 31, 2022, regarding her efforts to get into residential treatment.

On January 31, 2022, the defendant left a message for the undersigned after hours stating she was not able to call earlier as she was dealing with her robbery matter. She also advised she contacted Salvation Army and was advised she needed to be "COVID19 free" to enter the program. The undersigned attempted to contact the defendant to discuss the requirements to get into Salvation Army and left her several voice and text messages which she did not returned.

On February 1, 2022, the undersigned spoke with defense counsel, Matthew Johnson, and advised the defendant was not responsive to Pretrial Services. Mr. Johnson was further advised there was bed space available in residential treatment and wanted to speak with the defendant about getting into treatment. Mr. Johnson indicated he would attempt to contact the defendant and would instruct her to call our office.

PS8D
(09/20)

**Name of Defendant:** Bianca Del Vecchio  
**Docket No.:** 22MJ8032-1

February 4, 2022

Page 3

## SUPERVISION ADJUSTMENT

Ms. Del Vecchio was recently released on bond and was ordered to enter a residential drug treatment program once a bed become available. The defendant was instructed by Pretrial Services to call Salvation Army in San Diego as they had bed space available. Pretrial Services has not been able to discuss residential drug treatment program options as the defendant has not returned calls from our office. The last conversation our office had with the defendant was on January 27, 2022.

The undersigned requested assistance from defense counsel to have the defendant report to Pretrial Services. Our office is concerned the defendant may be using illicit drugs while on bond with no treatment services, and she has stopped reporting to our office. Given the non-compliance, the defendant's supervision adjustment as assessed as poor.

## RECOMMENDATION/JUSTIFICATION

Pretrial Services recommends your Honor order a no bail bench warrant for the defendant's arrest so she can be brought before the Court and show cause why her bond should not be revoked.

---

I declare under penalty of perjury that the forgoing is true and correct.

**Executed on:** 2/4/2022

Respectfully submitted:

Lori Garofalo  
Chief U.S. Pretrial Services Officer

Review and approved:

by _____  
Yolanda German  
U.S. Pretrial Services Officer  
760-339-4223  
Place: El Centro, California

_____  
Teresa Salgado  
Supervisory U.S. Pretrial Services Officer

---

## THE COURT ORDERS:

__XRBM__  AGREE, issue a no bail bench warrant for the defendant's arrest so she can be brought before the Court and show cause why her bond should not be revoked.

_____ Other _____

_____

_____

_____                      02/04/2022  
The Honorable Ruth Bermudez Montenegro      Date  
U.S. Magistrate Judge